IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case No. 1:25-cv-04794

ROCKEFELLER PHOTOS, LLC,

    Plaintiff,

v.

JULIE'S ELMWOOD PARK LLC d/b/a THE SPORTZ NOOK,

    Defendant.

## NOTIFICATION OF AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 of this Court, Rockefeller Photos, LLC ("Plaintiff") hereby provides the following information:

1. **For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 5% or more of its stock:** There is no parent corporation or publicly held corporation that owns 5% or more of Plaintiff's stock.

2. **A complete list of all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:**

  A. Rockefeller Photos, LLC

  B. Julie's Elmwood Park LLC d/b/a The Sportz Nook

  C. Copycat Legal PLLC

  D. Daniel DeSouza, Esq.

Dated: May 1, 2025.
                                      COPYCAT LEGAL PLLC
                                      3111 N. University Drive

        Suite 301
        Coral Springs, FL 33065
        Telephone: (877) 437-6228
        dan@copycatlegal.com

By: /s/ Daniel DeSouza_____
     Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.