409572A
Law Firm Ref#: Rockefeller Photos, LLC,

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

ROCKEFELLER PHOTOS, LLC,

        **Plaintiff(s),**

VS

JULIE'S ELMWOOD PARK LLC d/b/a THE SPORTZ NOOK,

        **Defendant(s).**

Case No.: **1:25-cv-04794**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Brian Porter** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **JULIE'S ELMWOOD PARK LLC d/b/a THE SPORTZ NOOK c/o Cory Aronovitz, Registered Agent**

I, Served the within named INDIVIDUAL/ENTITY on **5/31/2025 at 5:03 PM**

**CORPORATE SERVICE:** by leaving a copy of this process with **Cory Aronovitz** (Title): **Registered Agent**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons in a Civil Case; Complaint**

ADDRESS WHERE SERVED: **4921 S Ellis Ave, Chicago, IL 60615-2707**

The sex, race and approximate age of the individual/entity with whom the copy of this process was left is as follows:

Sex: **Male** - Race: **Hispanic** - Hair: **Gray** - Approx. Age: **57** - Height: **6'2** - Weight: **190**

Service Comments:    Events that occurred at the time of service: The subject answered the front door and confirmed his identity. When I told the subject that I was a process server and had documents for him, he refused to accept them. I then announced service and dropped the documents at his feet while he was shutting the door.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Brian Porter, Process Server
Dated: 6/3/2025



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

409572A
Order #:409572A/ILPRF441