**EXHIBIT "A"**

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**

**VA 2-019-412**

**Effective Date of Registration:**
September 29, 2016

## Title

**Title of Work:** ADLIFE-COLLECTION-092816.

**Previous or Alternate Title:** Group registration of photos published JAN 14, 2001 through DEC 30, 2001; 250 photos total.

**Content Title:**

PizzaCheese002, 12-16-2001;
PizzaCheese008, 02-23-2001;
PizzaPepperoni005, 05-20-2001;
PizzaVeggie001, 05-20-2001;

CalzoneSteak001, 09-17-2001;
ChickenWingBBQ013, 07-08-2001;
ChickenWingBuffalo006, 08-09-2001;
ChickenWingBuffalo008, 02-08-2001;

Cauliflower007, 04-13-2001;
ProduceVegetableAsst012, 11-28-2001;
ChickenWingBuffalo015, 04-21-2001;
ChickenWingBuffalo027, 07-21-2001;

ChickenWingBuffalo028, 05-27-2001;
ChickenWingBuffalo036, 05-27-2001;
ChickenWingHot005, 05-28-2001;
ChickenWingHot006, 06-19-2001;

ChickenWingHot007, 03-23-2001;
ChickenBreastDinner001, 12-23-2001;
ChickenBroccoliDinner002, 04-26-2001;
ChickenFriedDinner002, 04-10-2001;

ChickenFriedDinner003, 11-28-2001;
ChickenFriedDinner004, 12-22-2001;
ChickenBreastBnlsSknls012, 06-26-2001;
Stuffing003, 09-15-2001;

TurkeyBurgerGrlMrk001, 06-11-2001;
TurkeyBurgerGrlMrk002, 05-09-2001;
VegetableKabob001, 04-15-2001;
MahiMahi003, 05-28-2001;

TurkeyBurgerGrlMrk003, 09-18-2001;
TurkeyWhole021, 12-29-2001;
TurkeyWhole024, 10-30-2001;

TurkeyWhole026, 11-27-2001;

TurkeyDinner001, 12-21-2001;
TurkeyDinner002, 09-15-2001;
TurkeyDinner004, 09-21-2001;
TurkeyDinner011, 12-21-2001;

TurkeyDinner012, 10-15-2001;
TurkeyDinner020, 08-23-2001;
TurkeyDinner028, 08-22-2001;
BurritoGrilledStuffed001, 08-22-2001;

Chestnut004, 12-21-2001;
ProduceFarmStand001, 08-09-2001;
ProduceFarmStand002, 08-22-2001;
ProduceVegetableGrilled002, 08-09-2001;
EasterBasket002, 04-24-2001;
PotatoBaked013, 08-09-2001;
BBQJuly4001, 04-30-2001;
TableJuly4001, 04-29-2001;

RiceBroccoliCheese001, 07-10-2001;
RiceBrownMushroom001, 01-22-2001;
RicePilaf003, 08-14-2001;
FajitaChicken001, 04-10-2001;

FajitaChicken003, 02-15-2001;
Guacamole002, 07-17-2001;
Nacho001, 06-29-2001;
Nacho007, 01-26-2001;

NachoMultiColor001, 08-27-2001;
Quesadilla001, 08-20-2001;
SalsaBlackBean001, 05-22-2001;
SalsaChipFootball001, 01-21-2001;

SalsaCorn001, 07-29-2001;
SevenLayerSalad001, 02-12-2001;
TacoTurkey001, 04-09-2001;
Taquito001, 04-22-2001;

BreadPumpernickel008, 03-10-2001;
BreadPumpernickel009, 12-10-2001;
BreadOil001, 07-21-2001;
BreadOil002, 07-16-2001;

BreadOlive001, 02-27-2001;
BreadOlive002, 09-30-2001;
BreadPane001, 04-08-2001;
BreadPane002, 04-08-2001;

BreadPane003, 12-08-2001;
BreadParisian001, 08-13-2001;
BreadParisian002, 06-28-2001;
BreadParisian003, 02-15-2001;

BreadParisian004, 03-26-2001;
BreadPistachioLoaf001, 01-21-2001;



BreadPita002, 02-27-2001;
BreadPita003, 08-13-2001;

BreadPita005, 04-21-2001;
BreadPita006, 03-14-2001;
BreadPita007, 11-23-2001;
BreadPita008, 12-30-2001;

BreadPortuguese001, 08-18-2001;
BreadPortuguese002, 12-15-2001;
BreadPortuguese003, 07-10-2001;
BreadPumpernickel001, 04-15-2001;
BreadPumpernickel002, 08-13-2001;
BreadPumpernickel003, 12-13-2001;
BreadPumpernickel004, 01-16-2001;
BreadPumpernickel006, 02-18-2001;

BreadPumpernickel007, 04-20-2001;
BreadItalianMountainTop002, 08-13-2001;
BreadItalianMountainTop003, 08-18-2001;
BreadItalianMountainTop004, 09-21-2001;

BreadItalianSemolina001, 08-13-2001;
BreadItalianSesame001, 09-28-2001;
BreadItalianTwisted001, 08-13-2001;
BreadItalianWheat001, 05-12-2001;

BreadItalianWheat002, 08-12-2001;
BreadJalapeno001, 08-13-2001;
BreadLemonLoaf001, 01-21-2001;
BreadLightRye, 03-09-2001;

BreadMarble001, 08-13-2001;
BreadMarbleRye001, 03-26-2001;
BreadMarbleRye002, 08-13-2001;
BreadMarbleRye003, 08-13-2001;

BreadMarbleRye004, 09-29-2001;
BreadMarbleRye005, 03-08-2001;
BreadMonkey002, 02-12-2001;
BreadMultigrain001, 06-29-2001;

BreadMultigrain002, 08-09-2001;
BreadMultigrain003, 02-23-2001;
BreadNaan001, 06-17-2001;
BreadNut001, 08-13-2001;

BreadNutAsst001, 10-08-2001;
BreadNutAsst002, 08-12-2001;
BreadOatmeal001, 03-10-2001;
BreadOatmeal002, 08-13-2001;

BreadOatmeal003, 04-10-2001;
BreadFrenchBaguette003, 06-29-2001;
BreadFrenchParisian002, 08-13-2001;
BreadFrenchWheat001, 08-12-2001;

BreadFrenchWheat002, 08-12-2001;
BreadGarlic001, 09-21-2001;
BreadGarlic002, 08-13-2001;
BreadGarlic003, 08-13-2001;

BreadGarlic004, 08-13-2001;
BreadGarlic005, 08-13-2001;
BreadGarlic007, 08-27-2001;
BreadGarlic008, 07-14-2001;

BreadGarlic010, 04-16-2001;
BreadGarlic011, 04-16-2001;
BreadGarlic012, 03-19-2001;
BreadGarlic013, 03-14-2001;

BreadGarlicBasket001, 11-13-2001;
BreadHoneyWheat001, 06-29-2001;
BreadHoneyWheatBaguette001, 07-11-2001;
BreadIrishSoda001, 07-17-2001;

BreadIrishSoda003, 08-13-2001;
BreadIrishSoda004, 02-27-2001;
BreadIrishSoda005, 03-09-2001;
BreadIrishSoda007, 12-20-2001;

BreadIrishSoda008, 12-20-2001;
BreadIrishSodaBasket001, 03-09-2001;
BreadIrishSodaBasket002, 08-13-2001;
BreadItalian001, 02-12-2001;

BreadItalian002, 08-13-2001;
BreadItalian003, 04-16-2001;
BreadItalian004, 08-13-2001;
BreadItalianMountainTop001, 08-13-2001;

BreadItalian005, 03-12-2001;
BreadItalian006, 04-08-2001;
BreadItalian007, 08-13-2001;
BreadItalian008, 08-13-2001;

BreadItalian009, 05-12-2001;
BreadItalian010, 08-13-2001;
BreadItalian011, 04-13-2001;
BreadItalian012, 11-08-2001;

BreadItalian013, 11-08-2001;
BreadItalian014, 08-23-2001;
BreadItalian015, 08-23-2001;
BreadItalian016, 04-13-2001;

BreadItalian017, 04-13-2001;
BreadItalian018, 04-10-2001;
BreadItalian019, 04-13-2001;
BreadItalian020, 01-14-2001;

BreadItalian021, 08-27-2001;
Vegetables, 11-11-2001;
BreadCornLoavesMini001, 11-11-2001;

BreadCornLoavesMini002, 11-11-2001;

BreadCornLoavesMini003, 11-11-2001;
BreadCornLoavesMini004, 11-11-2001;
BreadCornLoavesMini005, 11-11-2001;
BreadCornucopia001, 08-13-2001;

BreadCornucopia02, 08-13-2001;
BreadCranberry001, 08-13-2001;
BreadCranberryOrange001, 08-13-2001;
BreadCranberryOrange002, 11-26-2001;

BreadCranberry003, 11-13-2001;
BreadCranberryOrangeStreuselTopping001, 10-08-2001;
BreadCranberryOrangeStreuselTopping002, 10-08-2001;
BreadEnglishMuffin001, 03-19-2001;

BreadEnglishToasting001, 08-13-2001;
BreadEnglishToasting002, 06-18-2001;
BreadFocaccia001,      02-13-2001;
BreadFocaccia002,      02-13-2001;

BreadFocaccia003, 08-13-2001;
BreadFocaccia004, 02-13-2001;
BreadFocaccia005, 02-14-2001;
BreadFocaccia006, 02-13-2001;

BreadFocaccia007, 10-09-2001;
BreadFocaccia008, 10-09-2001;
BreadFocaccia009, 07-09-2001;
BreadFocaccia010, 06-13-2001;

BreadFrench001,   12-13-2001;
BreadFrench002,   04-25-2001;
BreadFrench003,   08-13-2001;
BreadFrench004,   01-30-2001;

BreadFrench005,   08-13-2001;
BreadFrench006,   08-13-2001;
BreadFrench007,   08-13-2001;
BreadFrench009,   08-13-2001;

BreadFrench010,   04-27-2001;
BreadFrench011,   12-15-2001;
BreadFrench012,   08-10-2001;
BreadFrench013,   05-17-2001;

BreadFrenchBaguette001, 08-17-2001;
BreadFrenchBaguette002, 04-08-2001;
BreadBaguette004,     08-26-2001;
BreadBaguette006,     10-13-2001;

BreadBaguette007, 09-18-2001;
BreadBaguette008, 02-12-2001;
BreadBaguette009, 12-10-2001;
BreadBanana001,   07-20-2001;

BreadBanana003,   08-09-2001;

BreadBananaNut001, 05-20-2001;
BreadBananaNut002, 08-13-2001;
BreadBananaNut003, 04-11-2001;

BreadBananaNut004, 10-09-2001;
BreadBasket001, 10-09-2001;
BreadBasket002, 07-17-2001;
BreadBasket003, 08-26-2001;

BreadBasket004, 12-12-2001;
BreadBasket005, 08-13-2001;
BreadBasket007, 08-13-2001;
BreadBasket008, 05-13-2001;

BreadBavarian001, 08-13-2001;
BreadBlueberry001, 08-13-2001;
BreadBlueberry002, 02-27-2001;
BreadBlueberryNut001, 08-13-2001;

BreadBlueberryNut002, 02-27-2001;
BreadBraided001, 12-14-2001;
BreadBraided002, 02-13-2001;
BreadCappuchino001, 08-13-2001;

BreadChabaso001, 08-13-2001;
BreadChallah001, 08-13-2001;
BreadChallah002, 08-13-2001;
BreadCiabatta002, 07-17-2001;

BreadCiabattaSpread001, 05-28-2001;
BreadCiabattaSpread002, 05-28-2001;
BreadCinnamon001, 07-21-2001;
BreadCinnamon003, 08-13-2001;

BreadCinnamon004, 07-22-2001;
BreadCinnamon005, 04-14-2001;
BreadCoffee001, 08-14-2001;
BreadCorn001, 06-12-2001;

BreadCorn002, 08-13-2001;
BreadCorn004, 04-15-2001.

*0000VA0002019412050 4*

## Completion/Publication

**Year of Completion:** 2001
**Date of 1st Publication:** January 14, 2001
**Nation of 1st Publication:** United States

## Author

- **Author:** Adlife Marketing & Communications Co., Inc.. Employer-for-Hire of Joel Albrizio
**Author Created:** photograph
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Adlife Marketing & Communications Co., Inc.
38 Church Street, PAWTUCKET, RI, 02860-3906

## Rights and Permissions

**Organization Name:** SHORES & OLIVER PC
**Name:** Milton M. Oliver, Esq.
**Email:** milton.oliver@shoresoliver.com
**Telephone:** (774)521-3058
**Alt. Telephone:** (781)910-9664
**Address:** PO BOX 790
COTUIT, MA 02635-0790 United States

## Certification

**Name:** Miilton M. Oliver, Esq.
**Date:** October 07, 2016
**Applicant's Tracking Number:** 873-057-311

---

**Correspondence:** Yes

*0000VA0002019412O505*