**EXHIBIT "B"**

Page 1
Order The Sportz Nook
https://order.spoton.com/so-the-sportz-nook-6412/elmwood-park-il/61830f7524b4c44e133e6a8b





Pickup • in 20 – 30 minutes

Starters | Build Your Own | Wings and Sliders | Burgers | Sandwiches | Cold Sandwiches | Soup, Salads, and Wraps | Sides | Game Play | Breakfast | Brunch | Eggs

## Wings and Sliders

**12pc Wings**
$13.00


**Pull Pork Sliders**
3 Mini Pull Pork | Coleslaw | Serves w/Fries
$12.00

**6pc Wings**
$8.00

**3 Point Buffalo Sliders**
3 | Fried Chicken Toss in Buffalo Sauce | Blue...
$12.00

**Grilled Chicken Sliders**
3 Mini Grilled Chicken | LTO I Serves w/Fries
$12.00

**Triple Play Sliders**
3 Mini Cheeseburgers | American Cheese I Grille...
$12.00

**EP Burger**
Bacon | Sunny Side Up Egg | Cheddar Cheese I...
$13.00

**Spring Training Burger**
Roasted Poblano Pepper | Pepper Jack Cheese I...
$12.00

**Skirt Steak Sliders**
3 Mini our Marinated Steak I Grilled Onion I...
$19.00

**Philly Cheese Steak Sliders**
3 Mini Philly Steak I Serve w/Fries
$16.00

**Crosstown Burger**
Bacon | Grilled Onion | Blue Cheese
$12.00

**Patty Melt**
All Beef Patty I Caramelized Onions I...
$10.00

## Burgers

**Black Jack**
Our Signature Chipotle Mango BBQ Sauce I...
$12.00

**Fighting Irish**
Patty Topped with Slow Braised Corned Beef I...
$15.00

**BYO Burger**
*Additional charges apply per item*
$9.00

**Home Run Burger**
1/2 lb Patty I 1/2 lb Pull Pork I Mango Chipotle BBQ...
$16.00

Your bag

Your bag is empty
Add some items to get started

Page 1
12pc Wings | (SO) The Sportz Nook
https://order.spoton.com/so-the-sportz-nook-6412/elmwood-park-il/61830f7524b4c44e133e6a8b

Captured by FireShot Pro: 12 January 2023, 12:22:02
https://getfireshot.com

## 12pc Wings

$13.00

**Comes with:**

Carrots — Optional >

Celery — Optional >

**Sauce Choice**
Select up to 2

- [ ] BBQ
- [ ] Buffalo
- [ ] Chipotle
- [ ] Garlic Parmesan
- [ ] Honey Mustard
- [ ] Lemon Pepper

[View 7 more]

**Quantity** — 1 +

Add to bag $13.00

---

Pickup • in 20 – 30 minutes

**Starters**
Build Your Own — $5.00

**Wings and Sliders**

12pc Wings — $13.00

Pull Pork Sliders — 3 Mini Pull Pork | Coleslaw | Serves w/Fries — $12.00

**Burgers**

Black Jack — Our Signature Chipotle Mango BBQ Sauce l... — $12.00

Fighting Irish — Patty Topped with Slow Braised Corned Beef l... — $15.00

Spring Training Burger — Roasted Poblano Pepper | Pepper Jack Cheese l... — $12.00

Patty Melt — All Beef Patty | Caramelized Onions l... — $10.00

Home Run Burger — 1/2 lb Patty | 1/2 lb Pull Pork | Mango Chipotle BBQ... — $16.00

---

**Your bag**

Your bag is empty
Add some items to get started