# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| **Rockefeller Photos, LLC** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-04794 |
| ) | |
| **Julie's Elmwood Park LLC d/b/a The Sportz Nook;** ) | |
| **Jullite Harb; Marc Pacione** ) | |
| ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Timothy Alexander, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Marc Pacione in Cook County, IL on June 22, 2025 at 9:15 am at 2227 W Lawrence Avenue, Chicago, IL 60625 by personal service by handing the following documents to an individual identified as Marc Pacione.

2025-06-17 - Rockefeller Photos, LLC v. Julie's Elmwood Park LLC et al - Issued Summons - Marc Pacione
2025-06-16 - Rockefeller Photos, LLC v Julie's Elmwood Park LLC dba The Sportz Nook, Jullite Harb, and Marc Pacione - First Amended Complaint

White Male, est. age 55-64, glasses: N, Gray hair, 240 lbs to 260 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=41.9686209136,-87.6851955969
Photograph: See Exhibit 1


Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Timothy Alexander*
Signature
Timothy Alexander
+1 (847) 445-4276
Proof Illinois LLC
No. 117.001863

Executed in  Lake County ,
  IL   on  6/23/2025  .



Exhibit 1a)



Exhibit 1b)