IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case No. 1:25-cv-04794

ROCKEFELLER PHOTOS, LLC,

    Plaintiff,

v.

JULIE'S ELMWOOD PARK LLC d/b/a THE SPORTZ NOOK, JULLITE HARB, and MARC PACIONE,

    Defendants.

## STATUS REPORT

Plaintiff Rockefeller Photos, LLC ("Plaintiff") hereby provides this update to the Court, and states as follows:

1. On May 1, 2025, Plaintiff filed its Complaint against Julie's Elmwood Park LLC d/b/a The Sportz Nook ("The Sportz Nook"). See D.E. 1.

2. On May 16, 2025, the Court issued a Minute Entry, directing all parties to file a joint initial status report by July 3, 2025; however, "[i]f defendant has not entered an appearance or been served, plaintiff must file a status report advising the court of the status of service of process or any communication with defendant." See D.E. 6.

3. On May 22, 2025, Plaintiff's counsel was contacted by Cory Aronovitz, the registered agent for The Sportz Nook. Mr. Aronovitz told the undersigned to contact Isa Harb and provided a telephone number.

4. On May 22, 2025, Plaintiff's counsel called Isa Harb at the number provided by Mr. Aronovitz. Mr. Harb said that their attorney would be contacting us.

5. On May 27, 2025, Plaintiff's counsel was contacted by an attorney for The Sportz Nook, Daniel Olswang. Plaintiff's counsel had been in contact with Mr. Olswang prior to the filing of the instant lawsuit, but he stopped responding to Plaintiff's counsel for some time, resulting in the instant filing.

6. On May 31, 2025, The Sportz Nook was served with the Summons and Complaint by serving its Registered Agent Cory Aronovitz. As such, its response to the Complaint was due by June 23, 2025. See D.E. 7.

7. After conversations with Mr. Olswang and further research into The Sportz Nook, Plaintiff filed its First Amended Complaint, including two additional defendants, Jullite Harb ("Harb") and Marc Pacione ("Pacione") (upon information and belief, the managers and sole members of The Sportz Nook).

8. Pursuant to Fed. R. Civ. P. 15(a)(3), The Sportz Nook's response/answer to the First Amended Complaint was due on or before June 30, 2025.

9. To date, The Sportz Nook has failed to file any response to the First Amended Complaint.

10. On June 22, 2025, Pacione was served with the Summons and First Amended Complaint. See D.E. 16. As such, Pacione's response to the First Amended Complaint is due on or before July 14, 2025.

11. To date, Harb has not yet been served with the Summons and First Amended Complaint. Per the process server, the request as to Harb had to be reassigned to another process server, as the original process server's car broke down.

12. After various emails between Plaintiff's counsel and Mr. Olswang, on June 25, 2025, Mr. Olswang confirmed that he has "not been engaged as of yet to represent anyone in this

suit. When and if I am, I will let you know."

13. To date, none of the defendants have appeared in this matter. Further, Plaintiff's counsel has not had any further contact with Mr. Olswang.

14. Given The Sportz Nook's failure to appear and/or respond to the First Amended Complaint, Plaintiff intends to file a Motion for Clerk's Default as to The Sportz Nook.

Respectfully submitted, July 3, 2025

        COPYCAT LEGAL PLLC
        3111 N. University Drive
        Suite 301
        Coral Springs, FL 33065
        Telephone: (877) 437-6228
        christine@copycatlegal.com

        By: /s/ Christine Zaffarano
            Christine Zaffarano, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

        /s/ Christine Zaffarano
        Christine Zaffarano, Esq.