# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Rockefeller Photos, LLC

                Plaintiff,

v.

Julie's Elmwood Park LLC d/b/a The Sportz Nook, et al.

                Defendant.

Case No.: 1:25−cv−04794

Honorable Manish S. Shah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2025:

    MINUTE entry before the Honorable Manish S. Shah: The motion for entry of default [19] is granted. An order of default is entered against Julie's Elmwood Park LLC d/b/a/ The Sportz Nook. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.