**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Rockefeller Photos, LLC

                                                    Plaintiff,

v.                                                                    Case No.:
                                                                     1:25−cv−04794
                                                                     Honorable Manish
                                                                     S. Shah

Julie's Elmwood Park LLC d/b/a The Sportz Nook, et
al.

                                                    Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 28, 2025:

        MINUTE entry before the Honorable Manish S. Shah: The motion for entry of
default [21] is granted. An order of default is entered against defendant Marc Pacione.
Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.