IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case No. 1:25-cv-04794

ROCKEFELLER PHOTOS, LLC,

    Plaintiff,

v.

JULIE'S ELMWOOD PARK LLC d/b/a THE
SPORTZ NOOK, JULLITE HARB, and
MARC PACIONE,

    Defendants.

## STATUS REPORT

Plaintiff Rockefeller Photos, LLC ("Plaintiff") hereby provides this update to the Court, and states as follows:

1. On May 1, 2025, Plaintiff filed its Complaint against Julie's Elmwood Park LLC d/b/a The Sportz Nook ("The Sportz Nook"). See D.E. 1.

2. On May 31, 2025, The Sportz Nook was served with the Summons and Complaint by serving its Registered Agent Cory Aronovitz. As such, its response to the Complaint was due by June 23, 2025. See D.E. 7.

3. On June 16, 2025, Plaintiff filed its First Amended Complaint, including two additional defendants, Jullite Harb ("Harb") and Marc Pacione ("Pacione") (upon information and belief, the managers and sole members of The Sportz Nook).

4. Pursuant to Fed. R. Civ. P. 15(a)(3), The Sportz Nook's response/answer to the First Amended Complaint was due on or before June 30, 2025.

5. On June 22, 2025, Pacione was served with the Summons and First Amended

Complaint. See D.E. 16. As such, Pacione's response to the First Amended Complaint was due on or before July 14, 2025.

6. Harb has not yet been served with the Summons and First Amended Complaint. To date, the process server has been unable to locate Harb.

7. Given The Sportz Nook's failure to appear and/or respond to the First Amended Complaint, on July 9, 2025, Plaintiff filed a Motion for Clerk's Default as to The Sportz Nook. See D.E. 19.

8. On July 11, 2025, the Court granted Plaintiff's Motion for Clerk's Default as to The Sportz Nook and an order of default was entered against The Sportz Nook. See D.E. 20.

9. Given Pacione's failure to appear and/or respond to the First Amended Complaint, on July 25, 2025, Plaintiff filed a Motion for Clerk's Default as to Pacione, which is currently pending before the Court. See D.E. 21.

10. On July 28, 2025, the Court granted Plaintiff's Motion for Clerk's Default as to Pacione and an order of default was entered against Pacione. See D.E. 22.

11. As of the filing of this Status Report, none of the defendants have appeared in this matter.

12. Given the difficulty with locating Harb, Plaintiff intends to file a dismissal as to Harb and proceed with seeking a default judgment against The Sportz Nook and Pacione or, if the matter can otherwise be resolved, dismiss in accordance with such.

Respectfully submitted, July 28, 2025

        COPYCAT LEGAL PLLC
        3111 N. University Drive
        Suite 301
        Coral Springs, FL 33065
        Telephone: (877) 437-6228
        christine@copycatlegal.com


        By: /s/ Christine Zaffarano
             Christine Zaffarano, Esq.


### CERTIFICATE OF SERVICE

    I hereby certify that on July 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

        /s/ Christine Zaffarano
        Christine Zaffarano, Esq.