## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Rockefeller Photos, LLC

                Plaintiff,

v.

Case No.: 1:25−cv−04794

Honorable Manish S. Shah

Julie's Elmwood Park LLC d/b/a The Sportz Nook, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2025:

    MINUTE entry before the Honorable Manish S. Shah: Any motion for entry of default judgment must be served on defendants and noticed for in−person presentment on the court's motion call. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.