THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Rockefeller Photos, LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>Julie's Elmwood Park LLC, *et al*.,<br><br>                Defendants. | Case No. 1:25-cv-04794<br><br>Dist. Judge Manish S. Shah<br><br>Mag. Judge Jeffrey T. Gilbert |

**DEFENDANT JULIE'S ELMWOOD PARK LLCS NOTIFICATION OF AFFILIATES**

Pursuant to Local Rule 3.2, Defendant Julie's Elmwood Park LLC ("JEP"), by and through its attorneys, ZLATKIN CANN ENTERTAINMENT, states as follows:

The following individual owns one hundred percent (100%) of JEP:

- Jullite Harb, an individual residing in Illinois

Dated: August 8, 2025

                                              Respectfully submitted,

                                              ZLATKIN CANN ENTERTAINMENT

                                              By:     */s/ Ilya G. Zlatkin*
                                              Ilya G. Zlatkin
                                              ZLATKIN CANN ENTERTAINMENT
                                              4245 North Knox Avenue
                                              Chicago, Illinois 60641
                                              Tel: (312) 809-8022
                                              Fax: (312) 809-6918
                                              ilya@zce.law

                                              *Attorney for Defendant Julie's Elmwood Park LLC*