**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Rockefeller Photos, LLC

                        Plaintiff,

v.

Julie's Elmwood Park LLC d/b/a The Sportz Nook, et al.

                        Defendant.

Case No.: 1:25−cv−04794

Honorable Manish S. Shah

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2025:

    MINUTE entry before the Honorable Manish S. Shah: The unopposed motion to set aside default [28] is granted. The orders of default against defendants Julie's Elmwood Park and Pacione are vacated. All defendants have until 9/12/25 to respond to the complaint and by 9/15/25, the parties shall file a joint initial status report. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.