IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case No. 1:25-cv-04794

ROCKEFELLER PHOTOS, LLC,

    Plaintiff,

v.

JULIE'S ELMWOOD PARK LLC d/b/a THE SPORTZ NOOK, JULLITE HARB, and MARC PACIONE,

    Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Rockefeller Photos, LLC ("Plaintiff") and defendants Julie's Elmwood Park LLC d/b/a The Sportz Nook ("The Sportz Nook"), Jullite Harb ("Harb"), and Marc Pacione ("Pacione") (collectively, "Defendants"), hereby give notice that the parties have reached a settlement in principle that fully resolves this lawsuit. The parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within the next 30 days.

Dated September 15, 2025.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>christine@copycatlegal.com<br>dan@copycatlegal.com | ZLATKIN CANN ENTERTAINMENT<br>4245 N. Knox Avenue<br>Chicago, IL 60641<br>Telephone: (312) 809-8022<br>ilya@zce.law |
| Attorneys for Plaintiff | Attorneys for Defendants |

| | |
|---|---|
| By: /s/ Christine Zaffarano<br>Christine Zaffarano, Esq.<br>Daniel DeSouza, Esq. | By: /s/ Ilya G. Zlatkin<br>Ilya G. Zlatkin, Esq. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Christine Zaffarano
Christine Zaffarano, Esq.