IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case No. 1:25-cv-04794

ROCKEFELLER PHOTOS, LLC,

    Plaintiff,

v.

JULIE'S ELMWOOD PARK LLC d/b/a THE
SPORTZ NOOK, JULLITE HARB, and
MARC PACIONE,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Rockefeller Photos, LLC ("Plaintiff") and defendants Julie's Elmwood Park LLC d/b/a The Sportz Nook ("The Sportz Nook"), Jullite Harb ("Harb"), and Marc Pacione ("Pacione") (collectively, "Defendants") (each a "Party" and collectively, the "Parties"), being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice, and with each party to bear the cost of their own attorneys' fees and costs incurred in this lawsuit.  The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

Dated: September 19, 2025.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>christine@copycatlegal.com<br>dan@copycatlegal.com<br><br>*Attorneys for Plaintiff*<br><br>By: /s/ Christine Zaffarano<br>      Christine Zaffarano, Esq. | ZLATKIN CANN ENTERTAINMENT<br>4245 N. Knox Avenue<br>Chicago, IL 60641<br>Telephone: (312) 809-8022<br>ilya@zce.law<br><br>*Attorneys for Defendants*<br><br>By: /s Ilya G. Zlatkin<br>      Ilya G. Zlatkin, Esq. |

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Christine Zaffarano

Christine Zaffarano, Esq.