# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Rockefeller Photos, LLC

                              Plaintiff,

v.                                      Case No.: 1:25−cv−04794

                                      Honorable Manish S. Shah

Julie's Elmwood Park LLC d/b/a The Sportz Nook, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 19, 2025:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal [32], this case is dismissed with prejudice, and with each party to bear their own attorneys' fees and costs. Civil case terminated. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.